United States Court of Appeals,

Eleventh Circuit.

Nos. 95-2151, 95-2258.

Non-Argument Calendars.

UNITED STATES of America, Plaintiff-Appellee,

v.

Michael A. HOFIERKA, Defendant-Appellant.

UNITED STATES of America, Plaintiff-Appellee,

v.

Ronald Carl ANDREWS, a/k/a "Barracuda", Defendant-Appellant.

Aug. 28, 1996.

Appeals from the United States District Court for the Middle District of Florida (Nos. 93-67-CR-J-20, 88-60-Cr-J-20); Harvey E. Schlesinger, Judge.

ON PETITION FOR REHEARING

Before TJOFLAT, Chief Judge, and HATCHETT and ANDERSON, Circuit Judges.

PER CURIAM:

Upon consideration of the appellants' petition for panel rehearing, the same is granted; and the opinion filed in this case on May 16, 1996, and published at 83 F.3d 357, is modified in one respect. Footnote 7 of the opinion is deleted.

In all other respects, the petition for rehearing is DENIED.